1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:07-CR-0060 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION TO DISMISS INDICTMENT |
| DOMINIQUE CASSELLS | ) and [PROPOSED] ORDER |
|  | ) DISMISSING INDICTMENT |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against Dominique Cassells, filed on February 22, 2007, in case number 2:08-CR-0060 WBS.  On October 10, 2008, the defendant pleaded guilty in Sacramento Superior Court to a violation of California Penal Code Section 12021(a)(1) with an enhancement under Section 667.5(b).  Judge Earl sentenced

///
///
///
///

1

the defendant to a total term of four years confinement in the California state prison.

```
                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Date: October 14, 2008      By:     Kyle Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney

                                    Attorneys for the Plaintiff
                                    UNITED STATES OF AMERICA
```

**O R D E R**

APPROVED AND SO ORDERED:

Dated:   October 16, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2